IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ANIMAL HEALTH INTERNATIONAL INC., and WALCO INTERNATIONAL, INC. <br><br> Plaintiffs, <br><br> v. <br><br> IVESCO HOLDINGS, LLC <br><br> Defendant. | Case No. 12-5160 |

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 24 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

## DEFENDANT'S NOTICE OF REMOVAL

Defendant IVESCO Holdings, LLC ("IVESCO"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this action from the Circuit Court of Washington County, Arkansas to the United States District Court for the Western District of Arkansas. In support of removal, Defendant states as follows:

1. A civil action was filed on May 7, 2012, and is currently pending in the Circuit Court of Washington County, Arkansas, Case No. CV12-1050-7, wherein Animal Health International, Inc. ("Animal Health") and Walco International, Inc. ("Walco") are the Plaintiffs, and IVESCO is the named Defendant. (Exhibit A: Summons and Complaint). IVESCO was served with a copy of the Complaint and Summons on June 25, 2012 through its registered agent for service of process. (*Id.*) The Complaint and Summons are the only process, pleadings or order served or filed in this action.

2. In their Complaint, Plaintiffs set forth six (6) separate causes of action. Plaintiff alleges Defendant has violated statutory and common law trade secret laws, converted trade

secrets, tortiously interfered with contractual and business expectancies, civilly conspired to violate trade secret laws, and that Defendant was unjustly enriched. (Exhibit A: Complaint ¶¶ 40-70).

3.   Plaintiff Animal Health is a corporation organized under the laws of the State of Colorado with its principal place of business in the State of Colorado (Exhibit A: Complaint ¶ 1). Plaintiff Walco is a corporation organized under the laws of the State of Delaware with its principal place of business in Colorado. (Exhibit A: Complaint ¶ 2). IVESCO is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Iowa. (Exhibit B: Declaration of Ingram, ¶ 2). IVESCO Holdings, LLC is owned by a single-member LLC, which in turn, is owned by an LLC none of whose member or sub-members are citizens of the States of Colorado, Delaware, or Arkansas. (Exhibit B: Declaration of Ingram, ¶ 3). *See GMAC Commer. Credit LLC v. Dillard Dep't Stores*, 357 F.3d 827, 829 (8th Cir. 2004) (Because a limited liability company (LLC) resembles a limited partnership and members of associations are citizens for diversity purposes . . . , an LLC's citizenship for purposes of diversity jurisdiction is the citizenship of its members.) Therefore, complete diversity of citizenship exists between Plaintiffs and Defendant.

4.   On the face of the Complaint, Plaintiffs seek non-monetary relief in the form of injunction, as well as open-ended relief in the form of compensatory damages, unjust enrichment damages, punitive damages and attorney's fees in amounts to be determined at trial. (Exhibit A: Wherefore Clause of Complaint at p. 20-21.) *See Toller v. Sagamore Ins. Co.*, 514 F. Supp. 2d 1111, 1116 (E.D. Ark. 2007), *citing Crawford v. F. Hoffman-La Roche Ltd.*, 267 F.3d 760, 766 (8th Cir. 2001) (Statutory attorney fees count toward the jurisdictional minimum for diversity jurisdiction). Based on a fair reading of Plaintiffs' pleading concerning the alleged

misappropriation of their trade secrets, conversion, interference with contractual relations and unjust enrichment, the amount in controversy more likely than not exceeds the sum or value of $75,000.00.

5. Additionally, there are currently pending two (2) other lawsuits recently filed by Plaintiffs against Defendant in other federal district courts (*i.e., Animal Health Int'l, Inc. and Walco Int'l, Inc. v. Richard Hirsbrunner, Amanda Wroble, and IVESCO Holdings, LLC*, U.S. District Court for the Western District of Wisconsin, Case No. 12-cv-328; and *Animal Health Int'l, Inc. and Walco Int'l, Inc. v. David Nelson and IVESCO Holdings, LLC*, U.S. District Court for the District of Minnesota, Case No. 12-cv-01104) asserting the same factual basis, as well as essentially the same claims as the instant action. In each of these respective lawsuits pending before other district courts, which assert nearly identical factual allegations (both filed on May 4, 2012), Plaintiffs have alleged amounts in controversy in excess of $75,000.00. Given that the instant lawsuit is premised on the same factual allegations as Plaintiffs' other actions currently pending in sister district courts, it is more likely than not that the instant action, too, seeks an amount in controversy in excess of $75,000.00 (Exhibit C: Complaints from Lawsuits pending in W.D. WI and D. Minn.).

6. As set forth in Paragraphs 4 and 5, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441(a), because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and cost, and is between citizens of different states.

7. This Notice of Removal is being filed in the United States District Court for the district and division within which the action is currently pending. This Notice of Removal is

being filed within thirty (30) days after Defendant's receipt of a copy of the Complaint, and is therefore timely filed under 28 U.S.C. § 1446(b).

8.  Written notice of the filing of this Notice of Removal will be served on Plaintiffs and a Notice of Filing this Notice of Removal is being filed with the Circuit Court of Washington County, Arkansas.  (Exhibit D: Notice of Filing Notice of Removal).

WHEREFORE, Defendant removes this action from the Circuit Court of Washington County, Arkansas, to the United States District Court for the Western District of Arkansas.

Respectfully submitted,

/s/ Delaine R. Smith
Delaine R. Smith  (Ark. # 2006136)
FORD & HARRISON LLP
795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee 38120
dsmith@fordharrison.com
Telephone:(901) 291-1500
Telefax:    (901) 291-1501

**COUNSEL FOR DEFENDANT
IVESCO HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been served via standard U.S. Mail, this the 23th day of July, 2012, upon:

> R. Christopher Lawson, Esq.
> FRIDAY, ELDRIDGE & CLARK, LLP
> 3425 North Futrall Drive, Suite 103
> Fayetteville, AR 72703-4820

> /s/Delaine R. Smith
> Delaine R. Smith

MEMPHIS:217700.1